ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-po-00095-SAB |
| Plaintiff, | [Citation #E1463035 CA/74] |
| v. | |
| RANDOLPH Iii RODRIGUEZ, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00095-SAB [Citation # E1463035 CA/74] against RANDOLPH Iii RODRIGUEZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 9, 2026                          Respectfully submitted,

                                             ERIC GRANT
                                             United States Attorney

                                    By:    /s/ *Joshua B. Banister*
                                             JOSHUA B. BANISTER
                                             Assistant United States Attorney

1

U.S. v. Rodriguez
Case No. 1:26-po-00095-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00095-SAB [Citation # E1463035 CA/74] against RANDOLPH Iii RODRIGUEZ is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 9, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Rodriguez
Case No. 1:26-po-00095-SAB